Gloria Harris, Administrator of the Estate of William Hardaway, Deceased, Appellant, v. Aetna Insurance Company, Inc., Appellee.

Gen. No. 47,538. 

First District, Third Division.
December 17, 1958.
Released for publication January 22, 1959.

Alex Meyerovitz, for appellant; Peterson, Lowry, Rall, Barber & Ross (A. R. Peterson, Harold W. Huff, J. Robert Geiman, of counsel) for defendant-appellee. Opinion by JUSTICE BRYANT. **Not to be published in full.**